# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>  Plaintiff,<br><br>  v.<br><br>DARRELL ADAMS, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:05-CV-00088-OWW-SMS-P<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN<br><br>(Doc. 10) |

Plaintiff Vance Blaine ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 21, 2005. The court has screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against defendants Wu, Han, Gonzales, Bhatt, Dwivedi, Wright, Jeffries, and Sweeney for acting with deliberate indifference to his serious medical needs, in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

1.  Service is appropriate for the following defendants:

    DR. WU

    DR. HAN

    DR. GONZALES

    DR. BHATT

|   |   |   |
|---|---|---|
| 1 |   | DR. DWIVEDI |
| 2 |   | C/O WRIGHT |
| 3 |   | R. N. JEFFRIES |
| 4 |   | MTA K. SWEENEY |
| 5 | 2. | The Clerk of the Court shall send plaintiff eight (8) USM-285 forms, eight (8) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed September 9, 2005. |
| 8 | 3. | Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents: |
| 11 |   | a.  Completed summons; |
| 12 |   | b.  One completed USM-285 form for each defendant listed above; and |
| 13 |   | c.  Nine (9) copies of the endorsed amended complaint filed September 9, 2005. |
| 14 | 4. | Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs. |
| 18 | 5. | <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>. |

IT IS SO ORDERED.

**Dated:   May 22, 2006**                                  /s/ Sandra M. Snyder
icido3                                                              UNITED STATES MAGISTRATE JUDGE