# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>  Plaintiff,<br><br>  v.<br><br>DARRELL ADAMS, et al.,<br><br>  Defendants.<br>_____ / | CASE NO. 1:05-CV-00088-OWW-SMS-P<br><br>ORDER DENYING MOTIONS FOR ENTRY OF DEFAULT AGAINST DEFENDANT DWIVEDI<br><br>(Docs. 30, 31, and 33) |

Plaintiff Vance Blaine ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 28, 2006, the Court issued an order directing the United States Marshal to initiate service of process on defendants Wu, Han, Gonzales, Bhatt, Dwivedi, Wright, Jeffries, and Sweeney. Defendants Wu, Bhatt, Wright, Jeffrey[1], and Sweeney waived service of summons and answered the complaint on October 3, 2006. Defendants Han, Gonzales, and Dwivedi have neither been served nor made an appearance in this action. On October 23, 2006, plaintiff filed a motion for entry of default against defendant Dwivedi.

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). Plaintiff has set forth no grounds demonstrating he is entitled to entry of default against defendant Dwivedi. The United States Marshal, who is effecting service at the direction of the Court, has not

---

[1] Identified as Jeffries in the amended complaint.

1

1  notified the Court that defendant has waived service or been personally served.  Unless and until
2  defendant either waives service of summons or is personally service and then fails to respond within
3  the appropriate time period, defendant is not in default and plaintiff is not entitled to entry of default
4  or default judgment.
5       Accordingly, plaintiff's motions for entry of default, filed October 23, 2006, are HEREBY
6  DENIED.

8  IT IS SO ORDERED.
9  **Dated:   October 26, 2006**                /s/ Sandra M. Snyder
   icido3                                       UNITED STATES MAGISTRATE JUDGE