# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARRELL ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-CV-00088-OWW-SMS-P<br><br>ORDER STRIKING REPLY TO ANSWER AND ACCOMPANYING DECLARATION<br><br>(Docs. 39 and 40) |

Plaintiff Vance Blaine ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants filed an answer to plaintiff's amended complaint on October 3, 2006. On October 30, 2006, plaintiff filed a reply to the answer and a declaration.

Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a reply to an answer, absent an order from the court requiring one. Fed. R. Civ. P. 7(a). In this case, the court did not order a reply to the answer.

Accordingly, plaintiff's reply to defendant's answer and accompanying declaration, filed October 30, 2006, are HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:**　November 1, 2006　　　　　　　　/s/ Sandra M. Snyder
icido3　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE