# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DARRELL ADAMS, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. 1:05-CV-00088-OWW-SMS-P<br><br>ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION ON DEFENDANTS GONZALES AND HAN WITHIN THIRTY DAYS<br><br>(Docs. 35 and 36) |

　　Plaintiff Vance Blaine ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 28, 2006, the court issued an order directing the United States Marshal to initiate service on eight defendants. Five defendants waived service and answered the complaint, but service was returned un-executed as to three defendants. The Marshal was informed that more information, such as the first names of the defendants, is needed.

　　There is one physician by the last name of Dwivedi listed with the Medical Board of California, and the Marshal was directed to again initiate service on defendant Dwivedi. However, defendants Gonzales and Han's last names are too common to allow the court to ascertain their addresses from the Medical Board. Plaintiff shall be given the opportunity to provide additional information on defendants Gonzales and Han. Most useful would be a medical record containing each defendant's name.

///

///

1

1  Therefore, it is HEREBY ORDERED that within **thirty (30) days** from the date of service
2  of this order, plaintiff shall provide the court with further identifying information on defendants
3  Gonzales and Han.  If plaintiff fails to comply with this order, plaintiff will be required to show
4  cause why defendants Gonzales and Han should not be dismissed from this action.  Fed. R. Civ. P.
5  4(m).

7  IT IS SO ORDERED.

8  **Dated:     November 13, 2006**                    /s/ Sandra M. Snyder
   i0d3h8                                                                  UNITED STATES MAGISTRATE JUDGE