# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>            Plaintiff,<br><br>     v.<br><br>DARRELL ADAMS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:05-CV-00088-OWW-SMS-P<br><br>ORDER DENYING DISCOVERY MOTION AS PREMATURE<br><br>(Doc. 44) |

On November 13, 2006, plaintiff filed a motion entitled "Notice of Motion for Discovery." Plaintiff filed the motion as a result of the return of service as un-executed for defendants Dwivedi, Han, and Gonzales. The court manages service of process in cases such as this and will instruct plaintiff accordingly. Although the court may ultimately deem discovery necessary to resolve this issue, the court issued two orders on November 13, 2006, instructing plaintiff and the Marshal concerning service. At this juncture, plaintiff must comply with the court's recently issued orders concerning service issues. Discovery as a solution is premature, and plaintiff's motion is HEREBY DENIED for that reason.

IT IS SO ORDERED.

**Dated:   November 16, 2006**            /s/ Sandra M. Snyder
icido3                                              UNITED STATES MAGISTRATE JUDGE

1