# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE, | CASE NO. 1:05-cv-00088-OWW-SMS PC |
| Plaintiff, | ORDER DIRECTING UNITED STATES MARSHAL TO INITIATE SERVICE OF PROCESS WITHOUT PREPAYMENT OF COSTS ON DEFENDANTS HAN AND GONZALES |
| v. | |
| DARRELL ADAMS, et al., | |
| Defendants. | |

Plaintiff Vance Blaine ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Service was returned un-executed as to defendants Han and Gonzales on October 26, 2006. (Docs. 35, 36.) Pursuant to the court's order of November 14, 2006, plaintiff provided medical records bearing defendants' names. (Docs. 42, 46.)

With respect to defendant Han, there are too many doctors with the last name of Han listed with the Medical Board of California to ascertain which Han plaintiff is seeking to serve. As is apparent from the documents submitted by plaintiff, physicians with the prison are not required to identify themselves by first and last name on medical and business records. Given that this is acceptable and sufficient for the California Department of Corrections and Rehabilitations' record keeping purposes, the documents provided by plaintiff should be sufficient to allow CDCR to identify and provide a location for defendant Han.

With this order, the court will provide the Marshal with the records bearing defendant Han's name. The Marshal shall check with the Litigation Office at California State Prison-Corcoran and

1  shall provide the medical records for review.  If the Litigation Coordinator is unable to identify
2  defendant Han, the Marshal shall contact Legal Affairs and provide the medical records for review.
3        Defendant Gonzales has been identified and the Marshal will be provided with his address
4  of record with the Medical Board separately.  The address shall be kept confidential.
5        Accordingly, IT IS HEREBY ORDERED that:
6  1. The Clerk of the Court is directed to forward the following documents to the United States
7      Marshal:
8        (1) One completed and issued summons for _each_ defendant to be
9        served;
10       (2) One completed USM-285 form for _each_ defendant to be served;
11       (3) One copy of the amended complaint filed on September 9, 2005, for
12       _each_ defendant to be served, plus an extra copy for the Marshal;
13       (4) One copy of this order for _each_ defendant to be served, plus an extra
14       copy for the Marshal;
15       (5) One copy of the court's consent form for _each_ defendant to be served.
16 2. Within ten days from the date of this order, the United States Marshal is directed to notify
17     the following defendants of the commencement of this action and to request a waiver of
18     service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):
19       **DR. HAN, ANESTHESIOLOGIST, CSP-HOSPITAL**
20       **DR. GILBERT V. GONZALES, JR.**
21 3. The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file
22     for future use.
23 4. The United States Marshal shall file returned waivers of service as well as any requests for
24     waivers of service that are returned as undelivered as soon as they are received.
25 5. If a waiver of service is not returned by a defendant within sixty days of the date of mailing
26     the request for waiver, the United States Marshal shall:
27       a. Personally serve process and a copy of this order upon the defendant
28       pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.

§ 566(c) and shall command all necessary assistance from the California Department of Corrections and Rehabilitation (CDCR) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDCR pursuant to this order.

b.  Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant.  Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required.  Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6. In the event that defendants make an appearance in this action by filing an answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve those defendants.

7.  In the event that defendants either waive service or are personally served, defendants are required to reply to the complaint. 42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

**Dated:   January 26, 2007**          /s/ Sandra M. Snyder
i0d3h8                                 UNITED STATES MAGISTRATE JUDGE