# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DARRELL ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00088-OWW-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DWIVEDI<br><br>(Docs. 55 and 56) |

　　　On February 7, 2007, plaintiff filed a motion seeking entry of default against defendant Dwivedi. (Docs. 55, 56.) Defendant Dwivedi waived service of the summons and pursuant to Federal Rules of Civil Procedure 6(a), 6(e) and 12(a)(1)(B), defendant Dwivedi's response to plaintiff's complaint was due on or before February 8, 2007. Defendant Dwivedi filed a timely answer on February 6, 2007. (Docs. 49, 52.)

　　　Plaintiff's motion for entry of default, filed February 7, 2007, is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:    February 9, 2007**　　　　　　　　　　**/s/ Sandra M. Snyder**
icido3　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE