# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>  Plaintiff,<br><br>  v.<br><br>DARRELL ADAMS, et al.,<br><br>  Defendants. | CASE NO. 1:05-cv-00088-OWW-SMS PC<br><br>ORDER ADDRESSING OBJECTION<br><br>(Doc. 54) |

On February 6, 2007, plaintiff filed an objection to defendants' motion to compel. Court Doc. 54. Defendants' motion to compel was filed on December 18, 2006. Court Doc. 47. Plaintiff did not file a timely opposition and the court granted the motion on January 26, 2007. Local Rule 78-230(m); Court Doc. 51. In its order, the court directed plaintiff to respond to defendants' discovery requests within thirty days, and in his objection, plaintiff contends that he served a response on January 10, 2007. If plaintiff responded to defendants' discovery requests on January 10, 2007, he thereby satisfied the court's order. There is no need for any further court involvement concerning defendants' motion to compel and plaintiff's untimely objection.

Plaintiff also requests that the court order defendants to respond to his discovery requests served on January 10, 2007. Plaintiff's request is premature. Defendants have forty-five days plus three days for mailing to respond to plaintiff's discovery requests. Court Doc. 38; Fed. R. Civ. P. 6(e). The court does not intervene in discovery unless a dispute arises and a motion is filed. In this instance there is no pending discovery dispute before the court and any issue regarding plaintiff's

///

recently served discovery requests would not be ripe for adjudication by the court. Plaintiff's request is denied.

By this order, plaintiff's objection, filed February 6, 2007, is HEREBY DEEMED ADDRESSED.

IT IS SO ORDERED.

**Dated:    February 9, 2007**                                  /s/ Sandra M. Snyder
icido3                                                                          UNITED STATES MAGISTRATE JUDGE