# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE, | CASE NO. 1:05-cv-00088-LJO-SMS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION |
| v. | (Doc. 62) |
| DARRELL ADAMS, et al., | |
| Defendants. | |

On February 20, 2007, plaintiff filed a motion requesting the Court deny defendants' motion to compel and stating that defendants' counsel sent him a letter in which counsel expressed dissatisfaction with plaintiff's discovery responses. Plaintiff perceives this contact as harassment.

Defendants' motion to compel was granted on January 26, 2007, and plaintiff's previous objection was addressed on February 9, 2007. (Docs. 51, 61.) <u>Those issues are no longer pending before this Court</u>. If defendants are dissatisfied with plaintiff's discovery responses, they are acting properly by voluntarily attempting to resolve the dispute with plaintiff by letter prior to seeking court intervention. Plaintiff is directed to review paragraph five of the Court's discovery order.

There are no discovery disputes pending before the Court at this and plaintiff's motion for relief is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   February 22, 2007**           /s/ Sandra M. Snyder
icido3                                                  UNITED STATES MAGISTRATE JUDGE

1