# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>    Plaintiff,<br><br>    v.<br><br>DARRELL ADAMS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:05-cv-00088-LJO-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL, WITH PREJUDICE<br><br>(Doc. 66) |

Plaintiff Vance Blaine ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 14, 2007, plaintiff filed what he entitled a motion to compel. Plaintiff seeks service of the complaint on defendants Gonzales and Han.

Plaintiff's motion is improperly titled as one seeking to compel. Further, the Court will monitor service on defendants. Plaintiff will receive notice once service has been waived, effected, or returned un-executed. The Marshal was directed to initiate service fewer than two months ago. Plaintiff's concern over the service status of defendant Han is premature at this juncture. Plaintiff will be notified of any action in this case regarding service status. Until such time, motions such as the one filed by plaintiff serve only to unnecessarily tax the resources of this Court.

///
///
///
///

1

1     Plaintiff's motion to compel, filed March 14, 2007, is HEREBY DENIED, WITH
2 PREJUDICE.

4 IT IS SO ORDERED.

5 **Dated:**   **March 20, 2007**                 **/s/ Sandra M. Snyder**
   icido3                                           UNITED STATES MAGISTRATE JUDGE