# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>    Plaintiff,<br><br>    v.<br><br>DARRELL ADAMS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:05-cv-00088-LJO-SMS PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER FILED FEBRUARY 7, 2007, TO DEFENDANT GONZALES<br><br>(Doc. 53) |

On March 29, 2007, defendant Gonzales filed an answer to plaintiff's amended complaint. Accordingly, application of the discovery and scheduling order filed on February 7, 2007, is HEREBY EXTENDED to defendant Gonzales.

IT IS SO ORDERED.

**Dated:   March 30, 2007**              /s/ Sandra M. Snyder
i0d3h8                                         UNITED STATES MAGISTRATE JUDGE

1