# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DARRELL ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00088-LJO-SMS PC<br><br>ORDER STRIKING FILINGS FOR LACK OF SIGNATURE<br><br>(Docs. 76 and 77)<br><br>ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS WITHIN THIRTY DAYS<br><br>(Doc. 72) |

　　　　Plaintiff Vance Blaine ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 9, 2007, defendants filed a motion seeking the imposition of sanctions against plaintiff for failing to serve them with responses to their discovery requests, in compliance with the court's order of January 26, 2007. (Doc. 72.) On April 16, 2007, plaintiff filed a motion seeking clarification and on May 2, 2007, plaintiff filed a motion to compel. (Docs. 76 and 77.)

　　　　Plaintiff failed to sign both of his motions. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 7-131; Fed. R. Civ. P. 11(a). Signing the attached proof of service, as plaintiff did, is not enough. Plaintiff must sign the motions, or any other filings, themselves. Because they are not signed, plaintiff's motions shall be stricken from the record.

///

1    Plaintiff has not filed an opposition or a statement of non-opposition to defendants' motion
2 for sanctions. Local Rule 78-230(m). Plaintiff is required to file a response to defendants' motion
3 within thirty days.
4    Based on the foregoing, it is HEREBY ORDERED that:
5    1.   Plaintiff's motion for clarification, filed April 16, 2007, and motion to compel, filed
6         May 2, 2007, are STRICKEN from the record for lack of signature;
7    2.   Within **thirty (30) days** from the date of service of this order, plaintiff shall file an
8         opposition or a statement of non-opposition to defendants' motion for sanctions; and
9    3.   The failure to comply with this order may result in the imposition of sanctions
10        against plaintiff.

IT IS SO ORDERED.

**Dated:   May 8, 2007**               /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE