# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>                    Plaintiff,<br><br>          v.<br><br>DARRELL ADAMS, et al.,<br><br>                    Defendants. | CASE NO. 1:05-cv-00088-LJO-SMS PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR A SEVENTY-DAY EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 85) |

Plaintiff Vance Blaine ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion for summary judgment on June 11, 2007. On June 28, 2007, defendants filed a motion seeking a seventy-day extension of time to file a response.

Good cause having been shown, defendants' motion is HEREBY GRANTED, and defendants have **seventy (70) days** from the date of service of this order to file a response to plaintiff's motion for summary judgment.

IT IS SO ORDERED.

**Dated:   July 27, 2007**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1