# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL ADAMS, et al.,<br><br>Defendants.<br>_____________________________/ | CASE NO. 1:05-cv-00088-LJO-SMS PC<br><br>ORDER EXTENDING PRETRIAL DISPOSITIVE MOTION DEADLINE TO APRIL 29, 2008 FOR ALL PARTIES<br><br>(Doc. 85)<br><br>ORDER DENYING DEFENDANTS' MOTION FOR EXTENSION OF TIME AS MOOT<br><br>(Doc. 91) |

On August 9, 2007, defendant Han, the final defendant to be located for service of process, filed an answer and the court has issued the discovery and scheduling order applicable to defendant Han. The pretrial dispositive motion deadline set by that order is April 29, 2008. All defendants are represented by the same counsel, and it is in the interest of conservation of judicial resources for the court to consider one pretrial dispositive motion filed on behalf of all defendants rather than multiple motions filed at different times due to different motion deadlines. Therefore, the court shall extend the pretrial dispositive motion deadline to April 29, 2008, for all parties.

With respect to plaintiff's motion for summary judgment filed on June 11, 2007, defendants may oppose the motion at the same time they file their dispositive motion. Defendants' motion for an extension of time to October 8, 2007, to file a motion for summary judgment and to oppose plaintiff's motion, filed September 10, 2007, shall be denied as moot in light of this order.

///

Accordingly, it is HEREBY ORDERED that:

1. The pretrial dispositive motion deadline is extended to April 29, 2008, for all parties;
2. Defendants may oppose plaintiff's motion for summary judgment at the same time they file their pretrial dispositive motion; and
3. Defendants' motion for an extension of time, filed September 10, 2007, is denied as moot in light of this order.

IT IS SO ORDERED.

**Dated:   September 13, 2007**              /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE