# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>        Plaintiff,<br><br>   v.<br><br>DARRELL ADAMS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-cv-00088-LJO-SMS PC<br><br>ORDER VACATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR UNTIL MOTION IS DEEMED SUBMITTED PURSUANT TO LOCAL RULE 78-230(M)<br><br>(Doc. 79) |

      Plaintiff Vance Blaine ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 11, 2007, plaintiff filed a motion for summary judgment. Pursuant to the Court's order of September 13, 2007, the pretrial dispositive motion deadline was extended to April 29, 2008, for all parties, and defendants were granted leave to oppose plaintiff's motion for summary judgment at the same time they file their pretrial dispositive motion.

      In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, plaintiff's motion for summary judgment is deemed vacated from the Court's calendar until such time as defendants file their opposition and either plaintiff files a reply or the motion is otherwise deemed submitted pursuant to Local Rule 78-230(m).

///
///
///
///

1 Based on the foregoing, it is HEREBY ORDERED that plaintiff's motion for summary
2 judgment, filed June 11, 2007, is deemed VACATED from the Court's calendar until it is deemed
3 submitted pursuant to Local Rule 78-230(m).

IT IS SO ORDERED.

**Dated:    October 24, 2007**               /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE