UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>        Plaintiff,<br><br>vs.<br><br>DARRELL ADAMS, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-00088-LJO-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 92)<br><br>**ORDER DENYING MOTION FOR DISMISSAL OF ACTION OR PRECLUSION OF EVIDENCE AS A DISCOVERY SANCTION** (Doc. 65)<br><br>**ORDER REQUIRING PLAINTIFF TO SERVE PROPER DISCOVERY RESPONSE WITHIN 30 DAYS** |

Plaintiff Vance Blaine ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 13, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed September 13, 2007, are ADOPTED IN FULL;

2.   Defendants Wu, Bhatt, Wright, Jeffries, and Sweeney's motion seeking dismissal of this action or preclusion of evidence based on plaintiff's failure to serve them with discovery responses in compliance with the court's order of January 26, 2007, filed March 9, 2007, is DENIED; and,

3.   Plaintiff serve a proper response to defendants' discovery requests, as detailed in the Findings and Recommendations, filed September 13, 2007, within **thirty (30) days** from the date of service of this order.  Plaintiff is warned that if he fails to do so, this action will likely be dismissed as a sanction against him.

IT IS SO ORDERED.

**Dated:   January 4, 2008**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE