# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE, | CASE NO. 1:05-cv-00088-LJO-SMS PC |
| Plaintiff, | ORDER STRIKING FILINGS |
| v. | (Docs. 101 and 102) |
| DARRELL ADAMS, et al., | |
| Defendants. | |

On September 13, 2007, United State Magistrate Judge Sandra M. Snyder issued a Findings and Recommendations recommending that Defendants Wu, Bhatt, Wright, Jeffries, and Sweeney's Motion seeking dismissal of this action or preclusion of evidence based on Plaintiff's failure to serve them with discovery responses in compliance with the Court's order be denied; and that Plaintiff be required to serve a proper response to Defendants' discovery requests within thirty days, and warned that if he fails to do so, this action may be dismissed as a sanction against him. On January 7, 2008, the undersigned issued an Order adopting the Findings and Recommendations in full. On January 22, 2008, Plaintiff filed an Objection to the Findings and Recommendations in which he contends he served the discovery responses on September 18, 2007. Also on January 22, 2008, Plaintiff filed a one-hundred seventy-three page self-titled Motion documenting his response to the discovery requests.

The time in which to file an Objection expired thirty days after the Findings and Recommendations was filed, and Plaintiff's attempt to file an Objection after this Court adopted the Findings and Recommendations is clearly untimely. Further, it is unnecessary for Plaintiff to file

1  a notice of his compliance and copies of his discovery responses. The Court does not allow the filing
2  of discovery requests and responses *unless* there is a matter pending requiring the submission of
3  those documents. Absent a matter pending on the Court's docket, discovery is to be conducted
4  between the parties. In this case, there are no pending matters requiring the submission of Plaintiff's
5  discovery responses. Plaintiff was ordered to respond. If Plaintiff responded on September 18,
6  2007, that is the end of the matter. Defendants apparently found the response satisfactory, as no
7  motions to compel are pending.
8       Plaintiff's Objection to the Findings and Recommendations, and "Motion" documenting his
9  discovery responses, filed January 22, 2008, are HEREBY ORDERED STRICKEN from the record.

11  IT IS SO ORDERED.
12  **Dated:   February 20, 2008**              /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE