# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DARRELL ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00088-LJO-SMS PC<br><br>ORDER EXTENDING PRETRIAL DISPOSITIVE MOTION DEADLINE TO AUGUST 1, 2008, AND DENYING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME AS MOOT<br><br>(Doc. 108) |

　　　In a findings and recommendations issued concurrently with this order, the Court recommending Defendants' motion to dismiss be granted in part and denied in part, and Plaintiff's motion for summary judgment be stricken as procedurally deficient.  As a result, the Court finds good cause to extend the pretrial dispositive motion deadline so that Defendants may file a motion for summary judgment and Plaintiff may renew his motion for summary judgment if he wishes.

　　　Accordingly, the pretrial dispositive motion deadline is extended to August 1, 2008, and Defendants' motion for a forty-five day extension is denied as moot.

IT IS SO ORDERED.

**Dated:   April 30, 2008**　　　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1