# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>             Plaintiff,<br><br>    v.<br><br>DARRELL ADAMS, et al.,<br><br>             Defendants. | CASE NO. 1:05-cv-00088-LJO-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR TRIAL DATE, ISSUANCE OF SUBPOENAS DUCES TECUM, AND RE-SUBMISSION OF MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 104, 105, 106) |

On March 24, 2008, Plaintiff filed a motion seeking a trial date, and a motion for the issuance of subpoenas duces tecum. This matter will be set for trial following resolution of the parties' motions for summary judgment, if any. Further, the deadline for the completion of all discovery, which would include the subpoenas sought by Plaintiff, was March 28, 2008. Plaintiff's request was filed only four days before the deadline, which did not provide sufficient time for personal service of and response to the subpoenas prior to the deadline. Accordingly, both requests are HEREBY DENIED.

On April 14, 2008, Plaintiff filed a motion seeking re-submission of his motion for summary judgment.[1] As set forth in a findings and recommendations issued concurrently with this order, the motion was procedurally deficient and the Court has recommended it be stricken from the record. The pretrial dispositive motion deadline has been extended to August 1, 2008. Plaintiff, if he

///

---

[1] Plaintiff's motion was deemed vacated from the Court's calendar pursuant to an order filed on October 24, 2007.

1  chooses, may file a new motion that complies with the Local Rules.  Plaintiff's motion for re-
2  submission is HEREBY DENIED.
3
4  IT IS SO ORDERED.
5  **Dated:    April 30, 2008**                    /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE