IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE, | 1:05-cv-00088-LJO-SMS (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR TRIAL DATE , AND GRANTING FIRST MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| DARRELL ADAMS, et al., | |
| Defendants. | (Docs. 119 and 120) |
| _____/ | 120-DAY DEADLINE |

On August 7, 2008, Plaintiff filed a motion seeking a trial date and on August 14, 2008, Plaintiff filed a motion seeking a one-hundred twenty day extension of time to file a response to Defendants' motion for summary judgment.

Plaintiff's motion for a trial date is HEREBY DENIED as premature.  A trial date will be set if Defendants' motion for summary judgment is denied in whole or in part.

It appears that Plaintiff is undergoing chemotherapy.  Accordingly, Plaintiff's motion for a **one-hundred twenty (120) day** extension of time to file a response to Defendants' motion for summary judgment is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **August 19, 2008**                    **/s/ Sandra M. Snyder**
                                                                    UNITED STATES MAGISTRATE JUDGE