# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vance Blaine, | ) No. 1:05-CV-00088-DGC |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Dr. Wu, et al., | ) |
| Defendants. | ) |

Pending before the Court is Defendants' motion for summary judgment. Dkt. #115. On August 19, 2008, United States Magistrate Judge Sandra Snyder granted Plaintiff's motion for a 120-day extension of time to respond because Plaintiff was undergoing chemotherapy treatment. *See* Dkt. ##120-21.[1] Plaintiff has filed a second motion for extension of time, requesting until May 31, 2009 to respond to the summary judgment motion due to his continued chemotherapy treatment and other medical conditions. Dkt. #123. The Court will grant the motion.

**IT IS ORDERED:**

1. Plaintiff's motion for extension of time for medical reason (Dkt. #123) is **granted**.

---

[1] The case was assigned to the undersigned Judge on November 24, 2008. Dkt. #122.

1    2.    Plaintiff shall have until **May 31, 2009** to file a response to Defendants'
motion for summary judgment (*see* Dkt. #115).

DATED this 18th day of February, 2009.

                                            */s/ David G. Campbell*
                                            David G. Campbell
                                            United States District Judge