# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| Vance Blaine, | ) No. CV05-0088 DGC (PC) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Darrell Adams, et al., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is ordered that defendants shall have to and including **July 16, 2009**, to serve their reply brief to plaintiff's "Notice of Motion of Plaintiff's Affidavit Opposition in Support to Oppose Defendants (sic) Motion for Summary Judgment."

DATED this 4th day of June, 2009.

_____
David G. Campbell
United States District Judge