# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | | |
|---|---|---|
| Vance Blaine, | ) | No. 1:05-cv-0088 DGC (PC) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Darrell Adams, et al., | ) | |
| Defendants. | ) | |

Plaintiff has filed a motion for appointment of counsel. Dkt. #141. On September 1, 2009 this court entered an Order granting summary judgment in favor of Defendants. Judgment was entered in this case on September 1, 2009 and this case was closed. If Plaintiff now believes he has a basis for asserting a new federal-court claim against Defendants, he must commence a new action.

**IT IS ORDERED** that Plaintiff's motion for appointment of counsel (Dkt. #141) is **denied**. No further filings shall be made in this closed matter.

DATED this 6th day of January, 2010.

David G. Campbell
United States District Judge